UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05-CV-0950 (CEJ) |
| ) | |
| LAWLER AND BALTHASAR AUTO ) | |
| REPAIR, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the parties' stipulation,

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice.** Plaintiff shall bear the costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2006.